IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| WESTERN HERITAGE INSURANCE COMPANY, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | NO. 08-cv-104-JPG-DGW |
| DANIEL E. ANDERSON, | ) |  |
| Defendant. | ) |  |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation of Dismissal advising the Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated: June 29, 2009**

JUSTINE FLANAGAN, ACTING CLERK

by:s/Deborah Agans
Deputy Clerk

APPROVED: s/ J. Phil Gilbert
U. S. DISTRICT JUDGE